# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, )<br><br>Plaintiff, )<br><br>v. )<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; ELAINE COSTANZO DUKE, in her official capacity; and KIRSTJEN NIELSEN, in her official capacity, )<br><br>Defendant. ) | Case No. 1:18-cv-00239-MJG |

## [Proposed] ORDER

Upon consideration of the parties' Joint Motion to Extend and Set Deadlines, and there being good cause, it is therefore:

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Plaintiff shall file its First Amended Complaint no later than April 16, 2018; and it is further

ORDERED that Defendants' deadline to respond to either plaintiff's current complaint or to a later First Amended Complaint shall be extended to May 7, 2018;

ORDERED that, if defendants respond to plaintiff's current complaint or First Amended Complaint with a dispositive motion, plaintiff shall file its opposition papers no later than May 31, 2018;

ORDERED that defendants shall file any reply no later than June 20, 2018.

DATE: April 4, 2018                                    /s/
                                        The Honorable Marvin J. Garbis
                                        United States District Judge